UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

ELIZABETH LEONARD,

            Plaintiff,

-against-

MIDLAND FUNDING, LLC and
PRESSLER & PRESSLER, LLP

            Defendants.
-------------------------------------------------------------x

11 Civ 8509 (PKC) ~~No. 11 CV 7616 (PKC)~~
ECF CASE
**NOTICE OF MOTION TO REALIGN THE PARTIES**

*[Handwritten annotation:]* This motion was disposed of by Order in 11 Civ 7616 (DE 26). The case 11 Civ 8509 remains administratively closed as the motion (DE 7) in 11 Civ 8509 should be terminated.

SO ORDERED

/s/ [signature]
USDJ
4-5-12

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Elizabeth Maresca, affirmed on January 26, 2012 and the accompanying Memorandum of Law in support, Elizabeth Leonard will move this Court before the Honorable P. Kevin Castel, United States District Judge, for an Order that the State Court Order was a *de facto* realignment of the parties, making Leonard the plaintiff and Midland the defendant as of November 29, 2010; or in the alternative an Order 1) realigning the parties according to their real interests, such that Midland, as defendant sought removal to this Court, 2) remanding the case to state court, or 3) effecting such other and further relief as it deems just and proper.

Dated: January 26, 2012
       New York, New York

Respectfully submitted,

LINCOLN SQUARE LEGAL SERVICES, INC.
*Attorneys for Elizabeth Leonard*

BY:   /s/ Elizabeth Maresca
      ELIZABETH MARESCA (EM 4799)
      Fordham Law School
      33 West 60th Street, 3rd Floor
      New York, New York 10023
      Tel: (212) 636-7353
      emaresca@law.fordham.edu

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-5-12